**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-50086-JN |
| SUNNY'S PERFUME, INC. | § | |
| *Debtor* | § | Chapter 7 |

**NOTICE OF ABANDONMENT OF PROPERTY**
**PURSUANT TO 11 U.S.C. §554 AND BANKRUPTCY RULE 6007**

**FRBP 6007(a) Notice:** A party in interest may file and serve an objection within 14 days of the mailing of the notice, or within the time fixed by the court. If a timely objection is made, the court shall set a hearing on notice to the United States trustee and to other entities as the court may direct.

Catherine Stone Curtis, chapter 7 trustee (the **"Trustee"**), files this *Notice of Abandonment of Property Pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007* (the **"Notice"**), and would show in support as follows:

1. Sunny's Perfume, Inc. (the **"Debtor"**) filed a voluntary petition for relief under chapter 7, Title 11 of the United States Code on September 28, 2023 (referred to as the **"Bankruptcy Petition"**) [docket no. 1]. The Trustee was subsequently appointed as chapter 7 trustee in the case. The meeting of creditors convened pursuant to 11 U.S.C. § 341 (the **"341 Meeting"**) has not been concluded.

2. As of the Petition Date, the Debtor owned various assets, primarily (i) inventory, consisting mostly of perfume for retail sale; (ii) store and office furniture; and (iii) an unscheduled forklift, pallet jacks, shelving, and other personal property (described collectively as the **"Personal Property"**). [*See, e.g.*, docket nos. 2, 10]. The inventory and store and office furniture were located at the Debtor's principal place of business on its Bankruptcy Petition, 1302 Zaragoza St., Laredo, Texas 78040 (the **"Store"**), and the forklift, pallet jacks, and other personal property were located at a second warehouse location owned by the Debtor's insiders,

at 1618 Grant St., Laredo, Texas 78040 (the **"Warehouse"**).

3. The Trustee engaged Rosen Systems, Inc. (the **"Auctioneer"**) as auctioneer and sold the Personal Property with the Court's approval. [Docket Nos. 10, 22]. The Auctioneer duly conducted an auction, and the buyer(s) picked up the Personal Property, with the exception of certain items generally described below (referred to as the **"Remaining Personal Property"**):

At the Store:

(2) Computer Stands
(2) Cash Registers
(1) box lotions
(10+) File folders containing business / employee records
Trash bin / boxes w/ trash
Boxes w/ Holiday Decorations
Trash and Water Damaged Items
Assorted Empty Used Boxes
Metal Racking Beams
(2) Safes - Without Combination
(2) desks
(100+) boxes containing business documents
(2) boxes of partially used holiday wrapping paper
(1) older box television
(1) glass end table
(10) assorted chairs
(100+) Used toner cartridges / boxes

At the Warehouse:

Partial warehouse racking
computer equipment.

4. The Small Business Administration, a secured creditor in the case, asserts a lien on the Personal Property/Remaining Personal Property, as set out in the Motion to Sell and attendant order [docket nos. 10, 22].

5. The Auctioneer informed the Trustee that the buyer(s) have been given every opportunity to collect the items that they purchased and has provided the Trustee with

photographs evidencing the condition of the Store and Warehouse after the Court-approved sale.

6. Accordingly, the Trustee believes that the Remaining Personal Property is burdensome to the estate, and/or of inconsequential value and benefit to the estate, and hereby abandons the Remaining Personal Property, and any other items left at the Store or Warehouse, as of December 31, 2023, pursuant to 11 U.S.C. § 554(a), and FED. R. BANKR. P. 6007(a).

Respectfully submitted,

Date: January 9, 2024

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
McGINNIS LOCHRIDGE
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 489-5958
Fax: (956) 331-2304
Email: ccurtis@mcginnislaw.com
**Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served on the counsel for debtor and the United States Trustee by electronic service according to FRBP 6007 on January 9, 2024.

**VIA ELECTRONIC NOTICE:**
**United States Trustee**
U.S. Trustee
606 N Carancahua Street Ste 1107
Corpus Christi, TX 78401

**VIA ELECTRONIC NOTICE AND VIA FIRST CLASS MAIL:**
*Debtor(s)*
Sunny's Perfume, Inc
1302 Zaragoza St
Laredo, TX 78040

*Debtor's Counsel*
GEORGE RUSSELL MEURER
KAZEN MEURER
211 CALLE DEL NORTE
LAREDO, TX 78042

And to all parties on the attached matrix via First Class U.S. Mail, unless already receiving notice by CM/ECF.

And to all parties requesting notice by ECF Notice.

/S/CATHERINE STONE CURTIS
Catherine Stone Curtis

Atlus Receivables Management
2121 Airline Dr., Ste. 520
Metaire, Louisana 70001-5987

B&S Fragrance and Cosmetics Inc
25 Ranick Road
Hauppauge, NY 11788-4208

BB Trading Worldwide Inc
8299 NW 30th Terrace
Miami, FL 33122-1913

Catherine Stone Curtis
McGinnis Lochridge
P.O. BOX 720788
McAllen, TX 78504-0788

ECC and Associates
25 Railroad Ave #117
Babylon, NY 11702

Euler Hermes Collections North America
800 Red Brook Blvd., Suite 400C
Owings Mills, MD 21117-5190

George Russell Meurer
Kazen Meurer et al
211 Calle Del Norte
Laredo, TX 78041-9130

House of Brands LTD
555 Barell Ave.
Carlstadt, NJ 07072-2804

Nandansons Int'l Inc
55 Mayfield Ave
Edison, NJ 08837-3820

Omni Beauty Store LLC
1215 Zaragoza St
Laredo, Texas 78040-5930

Perfume Center of America
2020 Ocean Ave.
Ronkonkoma, NY 11779-6536

Perfumes of the World
2503 Southwell Road
Dallas, Texas 75229-4623

PU NYC
31 West 31 Street Store B
New York, NY 10001-4412

Seven Star Distributors Inc
712 Harmon Cove Towers
Secaucus, NJ 07094-1709

Sunny's Perfume, Inc
1302 Zaragoza St
Laredo, TX 78040-5905

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416-0002

US Trustee
615 E. Houston Street
Suite 533
San Antonio, TX 78205-2055